**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JESSE LEE JACKSON,
ADC #124244**                                                                      **PLAINTIFF**

**v.**                              **Case No. 2:13-cv-00132 KGB/JJV**

**DEANGELO EARL, Major/Chief of Security,
ADC, East Arkansas Regional Unit, et al.**                         **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 28). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.      Separate defendants' motion for summary judgment is granted (Dkt. No. 22).

2.      Separate defendants Michael Williams, Douglas Lockhart, and Brenda Jackson are dismissed without prejudice as defendants in this matter.

SO ORDERED this the 6th day of May, 2014.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge