**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| **JESSE LEE JACKSON,** **ADC# 124244** | **PLAINTIFF** |
| v.  Case No. 2:13-cv-00132-KGB-JJV | |
| **DEANGELO EARL, Major/Chief of Security,** ADC, East Arkansas Regional Unit | **DEFENDANT** |

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 47). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The Court grants defendant DeAngelo Earl's motion for summary judgment (Dkt. No. 42).

2. The Court dismisses with prejudice plaintiff Jesse Lee Jackson's claims against Mr. Earl.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 28th day of May, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE