IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JESSE LEE JACKSON,**              **PLAINTIFF**
**ADC# 124244**

**v.**            Case No. 2:13-cv-00132-KGB-JJV

**DEANGELO EARL, Major/Chief of Security,**
**ADC, East Arkansas Regional Unit**              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith

SO ADJUDGED this 28th day of May, 2015.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

1